IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED

JUN 21 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:19-cr- *113* |
| | ) | |
| BRIA SHAWNA BLOUNT, | ) | 18 U.S.C. §§ 924(a)(1)(A) |
| Defendant. | ) | False Statement to Federally Licensed |
| | ) | Firearms Dealer |
| | ) | (Count 1) |
| | ) | |
| | ) | 18 U.S.C. § 924(d) |
| | ) | Criminal Forfeiture |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

On or about February 17, 2018, at Norfolk, Virginia, in the Eastern District of Virginia, and elsewhere, the defendant, BRIA SHAWNA BLOUNT, in connection with the purchase of a firearm, knowingly made a false statement and representation to Liberty Manufacturing Group, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Liberty Manufacturing Group, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual transferee/buyer of the firearm, when in truth and in fact, she was not.

(In violation of Title 18, United States Code, Sections 924(a)(1)(A).)

CRIMINAL FORFEITURE

As part of the sentencing of the defendant, upon proper findings, BRIA SHAWNA

BLOUNT, the defendant herein, if convicted of any of the violation alleged in Count One of the Information, shall forfeit to the United States:

    a. Any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and

    b. Any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation; and

    c. Any firearm involved in or used in any knowing violation of Title 18, United States Code Section 924; and

    d. Any other property of the defendant up to the value of the property subject to forfeiture above, if any property subject to forfeiture above, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third person, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty.

The aforementioned property includes, but is not limited to the following property: Glock Model 26 9mm semi-automatic pistol, serial #BELK754.

(In violation of Title 18, United States Code, Sections 924(d).)

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *Sherrie V. Capotosto*
Sherrie S. Capotosto
Assistant United States Attorney
Virginia Bar No. 33127
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Tel: (757) 441-6331
Fax: (757) 441-6689
Sherrie.Capotosto@usdoj.gov